NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-16-0000235
09-JUL-2019
08:06 AM

NO. CAAP-16-0000235

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

TRUSTEES OF THE ESTATE OF BERNICE PAUAHI BISHOP,
also known as KAMEHAMEHA SCHOOLS, Plaintiffs-Counterclaim
Defendants/Appellees, v. RONALD G.S. AU,
Defendant-Counterclaimant/Appellant

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 13-1-0420)

ORDER DENYING MOTION FOR RECONSIDERATION
(By:  Ginoza, Chief Judge, Fujise and Reifurth, JJ.)

Upon consideration of Defendant-Counterclaimant/
Appellant Ronald G.S. Au's Motion for Reconsideration filed on
July 4, 2019, the papers in support, and the record and files
herein,

IT IS HEREBY ORDERED that said motion is denied.

DATED:  Honolulu, Hawai'i, July 9, 2019.


Chief Judge


Associate Judge


Associate Judge